UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BURNS v. NORTHLAND                         CIVIL 10-1671

ORDER

Counsel having reported to the court that the above case has been settled, it is hereby ordered that this case is dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reinstate the action if the settlement is not consummated.

The court retains jurisdiction over the settlement agreement.

_____
Edwin M. Kosik
United States District Judge

Dated: November 29, 2010