IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| Joanne M. Burns,<br>Plaintiff | Docket 3:10-cv-1671-EMK |
|---|---|
| | (JUDGE EDWIN M. KOSIK) |
| v. | |
| Northland Group, Inc.,<br>Defendant | FILED ELECTRONICALLY |

## ORDER

The parties having filed a Stipulation of Voluntary Dismissal (Doc. __), IT IS ORDERED that this action is hereby dismissed without costs and with prejudice.

The Clerk of Court is directed to close the case.

Date: 12/10/10

Edwin M. Kosik
United States District Judge